IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00226-WYD-BNB

LISA TABB,

Plaintiff,

v.

BOULDER OUTDOOR SURVIVAL SCHOOL,
JILL CHRISTENSEN, and
SHAWN O'NEAL,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Amend the Complaint in Order to Allege Breach of the Highest Duty of Care in Conjunction with an Inherently Dangerous Activity** [docket no. 12, filed April 13, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the tendered First Amended Complaint and Jury Demand [docket no. 12 attachment #1] for filing. Defendants' answer is due within ten (10) days.

DATED: May 4, 2006