IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00226-WYD-BNB

LISA TABB,

      Plaintiff(s),

v.

BOULDER OUTDOOR SURVIVAL SCHOOL;
JILL DOE (true name presently unknown); and
SHAWN DOE (true name presently unknown),

      Defendant(s).

---

## ORDER

---

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With

Prejudice, filed by the parties on October 13, 2006 (docket #39).  The motion states

that, pursuant to Fed.R.Civ.P. 41(a)(ii) the parties stipulate to the dismissal of the

above-captioned case.  In consideration of the motion and the file herein, I find that the

motion should be **GRANTED**.  Therefore, it is hereby

ORDERED that the above-captioned case is **DISMISSED WITH PREJUDICE**,

each party to bear its own costs and fees.  It is

FURTHER ORDERED that the hearing on Plaintiff's Motion to Enforce

Settlement Agreement, scheduled for **Tuesday, October 24, 2006, at 11:00 a.m.**, is

**VACATED**.

Dated:  October 16, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge